IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. CHARLES SHULRUFF, D.D.S., ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOEREN MAYHEW & CO., P.C., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendant. ) | 16-cv-903 <br><br> Honorable Judge Chang <br> Magistrate Judge Mason |

## NOTICE OF SETTLEMENT

Plaintiff Dr. Charles Shulruff, D.D.S. and defendant, Doeren Mayhew & Co., P.C., have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 30 days.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, hereby certify that on April 26, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

Rosa Maria Tumialan-Landy
(rtumialan@dykema.com)

                                                    /s/ Dulijaza Clark
                                                    Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)