IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. CHARLES SHULRUFF, D.D.S., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 16-cv-903 |
| v. | ) ) | Honorable Judge Chang Magistrate Judge Mason |
| DOEREN MAYHEW & CO., P.C., and JOHN DOES 1-10, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**
CHARLES SHULRUFF D.D.S

**DEFENDANT**
DOEREN MAYHEW & CO., P.C.

/s/ Dulijaza Clark
Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
P: (312) 739-4200
F: (312) 419-0379

/s/ Rosa M. Tumialan
Rosa M. Tumialan
DYKEMA GOSSETT, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60601
(312) 876-1700 (phone)
(312) 876-1155 (fax)

1

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, hereby certify that on May 26, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

Rosa M. Tumialan
(rtumialan@dykema.com)

                              */s/ Dulijaza Clark*
                              Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)